SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
ERICK C. HOWARD (Bar #214107)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922
Email:  jmartin@sflaw.com; ehoward@sflaw.com

Attorneys for Plaintiffs
KN, Ltd. and SAN FRANCISCO NETWORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KN, Ltd. and SAN FRANCISCO NETWORK,<br><br>                 Plaintiffs,<br><br>           v.<br><br>J.D. FINE & COMPANY, a California corporation, JAMIE FINEGOLD, an individual, and MERVYN'S, LLC, a California limited liability company,<br><br>                 Defendants. | Case No.  C06 4189 CRB<br><br>**STIPULATED APPLICATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE AND STATUS CONFERENCE DATE**<br><br>Judge:        Hon. Charles R. Breyer<br>Location:    Courtroom 8, 19th Floor |

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

Case No.  C06 4189 CRB | STIPULATED APPLICATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE AND STATUS CONFERENCE DATE

Pursuant to Local Northern District Rule 6-2, Plaintiffs KN Ltd. and San Francisco Network (collectively the "KN Parties") and defendants, J.D. Fine & Company, Jamie Finegold, and Mervyn's LLC, request that the Court continue to the current deadline for the parties to participate in a mediation, which is currently July 6, 2007. The Parties also request a continuance of the next Status Conference set for July 6, 2007. All parties have stipulated to this request.

On March 16, 2007, the Court ordered that the parties participate in a mediation by July 6, 2007. In anticipation of the mediation, the parties are currently conducting discovery. Mediation will proceed at JAMS before either the Honorable Charles A. Legge or the Honorable Eugene F. Lynch depending on their availability.

Several representatives of the KN Parties with authority to settle the case must participate as witnesses in a trial in Marin Superior Court that is scheduled to begin on July 6, 2007. Due to conflicting schedules and the need to prepare for the State court trial, these representatives will not be available to participate in a mediation prior to July 6, 2007.

For these reasons, the parties respectfully request that the deadline to conduct a mediation be extended from July 6, 2007 to July 27, 2007 or any date thereafter that is convenient for the Court.

The parties also respectfully request that the Status Conference currently set for July 6, 2007 be continued to July 27, 2007 or any date thereafter that is convenient for the Court, to allow the parties the opportunity to conduct the mediation prior to the next Status Conference.

DATED:   June 11, 2007          SHARTSIS FRIESE LLP

By: */s/ Erick C. Howard*
ERICK C. HOWARD

Attorneys for Plaintiff
KN, LTD. AND SAN FRANCISCO NETWORK

DATED:   June 11, 2007          BUCHALTER NEMER

By: */s/ Richard Darwin*
RICHARD DARWIN

Attorneys for Defendants
J.D. FINE & COMPANY, JAMIE FINEGOLD, and MERVYN'S, LLC

- 1 -

Case No. C06 4189 CRB | STIPULATED APPLICATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE AND STATUS CONFERENCE DATE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: June 12, 2007



HONORABLE CHARLES R. BREYER
U.S. DISTRICT JUDGE

5981\004\NBIGLEY\1439864.2

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111